# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

EmeraChem Holdings, LLC   v.   Volkswagen Group of America

No. 16-2619

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☒ As counsel for: EmeraChem Holdings, LLC
Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☒ Appellant   ☐ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

| | |
|---|---|
| Name: | Jacobus C. Rasser |
| Law Firm: | Marras Amsterdam BV |
| Address: | Beethovenstraat 105 B |
| City, State and Zip: | Amsterdam 1077HX The Netherlands |
| Telephone: | 011 316 5245 2741 |
| Fax #: | |
| E-mail address: | koosrasser@gmail.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 09/25/1991

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  Sept. 15, 2016     Signature of pro se or counsel   /s/ Jacobus C. Rasser

cc:  Steven F. Meyer, Counsel for Appellee

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on by:

Sept. 19, 2016

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

Michael J. Bradford
Name of Counsel

/s/ Michael J. Bradford
Signature of Counsel

| | |
|---|---|
| Law Firm | Luedeka Neely Group, P.C. |
| Address | P. O. Box 1871 |
| City, State, Zip | Knoxville, TN  37901 |
| Telephone Number | 865.546.4305 |
| Fax Number | 865.523.4478 |
| E-Mail Address | Mbradford@Luedeka.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields