NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EMERACHEM HOLDINGS, LLC,**
*Appellant*

v.

**VOLKSWAGEN GROUP OF AMERICA, INC.,**
*Appellee*

---

2016-2619

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-01555.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint motion for a 15-day extension of time, until January 3, 2017, for Appellant to file its brief and a similar 15-day extension for the due date of Appellee's brief,

IT IS ORDERED THAT:

The motion is granted. Appellant's brief is due no later than January 3, 2017. Appellee's brief is due no later than 55 days after the filing of Appellant's brief.

2　　　　EMERACHEM HOLDINGS, LLC v. VOLKSWAGEN GROUP OF AMERICA

                                          FOR THE COURT

                                          <u>/s/ Peter R. Marksteiner</u>
                                          Peter R. Marksteiner
                                          Clerk of Court

s25